UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN SERGIO GALICIA,

          Plaintiff,

– against –

34TH STREET COFFEE SHOP INC., and
NIKIFOROS ANAGNOSTOPOULOS,

          Defendants.

**ORDER**

16 Civ. 1170 (ER)

Ramos, D.J.:

On December 10, 2019, Plaintiff filed a letter motion for a Local Rule 37.2 Conference. Doc. 50. Defendants were directed to respond by December 17, 2019, Doc. 51, but failed to do so. The parties are hereby ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

    SO ORDERED.

Dated:   April 6, 2020
          New York, New York

                                        Edgardo Ramos, U.S.D.J.