# Justin A. Zeller, p.c.

**MEMO ENDORSED**

Justin A. Zeller
jazeller@zellerlegal.com

John M. Gurrieri
jmgurrieri@zellerlegal.com

Telephone: 212.229.2249
Facsimile: 212.229.2246

---

> Defendants are directed to respond by Thursday, August 27, 2020 at 5:00 PM.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: August 25, 2020
> New York, New York

August 24, 2020

**VIA ECF**

Hon. Edgardo Ramos, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Galicia et al v. 34th Street Coffee Shop Inc. et al*, 16 CV 1170 (ER)

Dear Judge Ramos:

    This firm represents the plaintiff in the above-referenced action. The Court ordered the parties to provide a status report by August 23, 2020. The plaintiff emailed defense counsel this morning at 10:30 a.m. asking for an update regarding the settlement agreement. They have not replied to my email. As such, plaintiff renews plaintiff's motion for a Local Rule 37.2 conference for the reasons stated in plaintiff's December 10, 2019, letter motion.

    I thank the Court for its time and consideration.

Respectfully submitted,

*John M. Gurrieri*

John M. Gurrieri