LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

**MEMO ENDORSED**

> Defendants are directed to respond by Tuesday, December 22, 2020. The Clerk of Court is respectfully directed to terminate the motion. Doc. 70.
>
> So ordered.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 12/17/2020
> New York, New York

December 17, 2020

**VIA ECF**

Hon. Edgardo Ramos, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Galicia et al v. 34th Street Coffee Shop Inc. et al*, 16 CV 1170 (ER)

Dear Judge Ramos:

    This firm represents the plaintiff in the above-referenced action. On October 16, 2020, the Court approved the parties' motion to approve the settlement agreement and ordered the clerk to close the case. *See* ECF No. 69. Payment under the settlement agreement is due within 7 days of dismissal. *See* ECF No. 68-1. The defendants have not yet made payment. The clerk has also not yet officially closed or dismissed the case. The plaintiff asks the Court to issue a further order that the clerk dismiss this action.

    I thank the Court for its time and consideration.

Respectfully submitted,

*John M. Gurrieri*

John M. Gurrieri