UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN SERGIO GALICIA, individually and in behalf of all other persons similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　–against–<br><br>34TH STREET COFFEE SHOP INC. d/b/a LUCKY'S CAFE and NIKIFOROS ANAGNOSTOPOULOS, jointly and severally,<br><br>　　　　　　　　　　Defendants. | 16 CV 1170 (ER) |

## JUDGMENT

Ramos, D.J.

This cause is before the Court upon a motion for a judgment against the defendants based on settlement. It is **ordered, adjudged, and decreed**—

1. A judgment in favor of the plaintiff and against the defendants is hereby **granted**;

2. The plaintiff does recover of the defendants $8,333.34, plus postjudgment interest pursuant to 28 U.S.C. § 1961, and the plaintiff has execution therefor;

3. The Law Office of Justin A. Zeller, P.C., does recover of the defendants $5,005.25, plus postjudgment interest pursuant to 28 U.S.C. § 1961, and the Law Office of Justin A. Zeller, P.C., has execution therefor.

4. Pursuant to sections 198(4) and 663(4) of the New York Labor Law, if any such amounts of this judgment remain unpaid upon the expiration of ninety days following issuance of this judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of this judgment shall automatically increase by fifteen percent.

Dated: New York, New York
      4/5/2021

Hon. Edgardo Ramos,
United States District Judge

The Clerk of Court is respectfully directed to terminate the motion.  Doc. 71.